Dismissed and Memorandum Opinion filed September 28, 2006








Dismissed
and Memorandum Opinion filed September 28, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00124-CV

NO. 14-05-00497-CV

____________

 

FCLT LOANS ASSET CORP., SUCCESSOR
IN INTEREST TO FCLT LOANS, L.P., Appellant

 

V.

 

THE ESTATE OF LOUISE P. BRACHER AND
THEODORE OLSON, Appellees

 



 

On Appeal from the 11th District
Court

 Harris County,
Texas

Trial Court Cause Nos. 98-07448-A & 98-07448

 



 

M E M O R A N D U M   O P I N I O N

Appellant
appeals from judgments signed January 4, 2005 in cause number 98-07448-A, and
February 15, 2005 in cause number 98-07448.

On
September 19, 2006, the parties filed a motion to dismiss both appeals because
all matters between the parties were compromised and settled.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeals are ordered dismissed.








 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 28, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.